FILED by _____ D.C.

MAR 13 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 15-20162

CASE NO. _____

18 U.S.C. § 1015(e)
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

vs.

ALBERTO PULLES,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1
### False Claim to United States Citizenship
### (18 U.S.C. § 1015(e))

On or about June 16, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

## ALBERTO PULLES,

an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the Commonwealth of Puerto Rico in the name of an individual with the initials "J.O.G.," as proof of his identity, to induce and secure the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e).

## COUNT 2
**Aggravated Identity Theft**
**(18 U.S.C. § 1028A(a)(1))**

On or about June 16, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ALBERTO PULLES,**

during and in relation to a felony of Title 18, United States Code, Section 1015(e), that is, knowingly making a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, that is, the issuance of a State of Florida Driver License, in violation of Title 18, United States Code, Section 1015(e), as alleged in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, the name and social security number of an individual with the initials "J.O.G.," in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**vs.**

**ALBERTO PULLES,**

**Defendant.**
_____ /

**CASE NO.** _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | |
|---|---|---|
| __X__ Miami | _____ Key West ____ | |
| _____ FTL | _____ WPB ____ FTP | |

New Defendant(s)  Yes _____ No ____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)   __Yes__
     List language and/or dialect   ___Spanish___

4.   This case will take   __2-3__   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)

| | | | |
|---|---|---|---|
| I | 0  to  5 days | __X__ |
| II | 6  to 10 days | _____ |
| III | 11 to 20 days | _____ |
| IV | 21 to 60 days | _____ |
| V | 61 days and over | _____ |

     (Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | __X__ |

6.   Has this case been previously filed in this District Court?   (Yes or No)   Yes _____
     If yes: _____
     Judge: _____   Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?     (Yes or No)     __No__
     If yes:
     Magistrate Case No. _____
     Related Miscellaneous numbers: _____N/A_____
     Defendant(s) in federal custody as of _____
     Defendant(s) in state custody as of _____
     Rule 20 from the _____   District of _____

     Is this a potential death penalty case? (Yes or No)     __No__

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?   _____   Yes   __X__   No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____   Yes   __X__   No

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  ALBERTO PULLES

**Case No:**

Count #: 1

False Claim of United States Citizenship to Obtain a State Benefit

Title 18, United States Code, Section 1015(e)

**\*Max. Penalty:**        5 Years' Imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:**        2 Years' Imprisonment (Consecutive to any Other Count)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**